PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
CHRISTINA ADAMS

STEVEN H. BOVARNICK, Esq. (SBN 99361)
HUNTER & BOVARNICK
345 Grove St.
San Francisco, CA 94102
(415) 621-8700
fax (415) 621-0581
sbovarnick@earthlink.net

Attorney for Defendant:
RTRN INVESTMENT, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ADAMS,<br><br>　　　Plaintiff,<br><br>v.<br><br>SAN FRANCISCO CENTRAL TRAVELODGE; WW LODGING, INC.; WW LODGING LIMITED LLC; RTRN INVESTMENT, LLC; and DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C05-2591 JCS<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: August 5, 2005<br>Time: 1:30 p.m.<br>Place: Courtroom A, 15th Floor<br>　　　450 Golden Gate Ave.<br>　　　San Francisco, CA<br>Judge: Hon. Joseph C. Spero |

　　　Plaintiff CHRISTINA ADAMS and defendant RTRN INVESTMENT, LLC, hereby jointly stipulate and request that the Court continue the currently scheduled Case Management Conference from the current date of August 5, 2005, to September 9, 2005.

　　　Good cause exists for continuing the scheduling conference:

　　　1.　　The Complaint in this action was filed on June 24, 2005. On June 29, 2005, the Court issued an order advancing the Case Management Conference previously

---

Stipulation and [Proposed] Order to Continue Case
Management Conference: Case No. C05-2591 JCS

— 1 —

1. scheduled for October 28, 2005 to August 5, with a joint case management statement due on July 29, 2005.  Plaintiff immediately sent out the complaint for rush service, and the complaints were served on all parties on July 6 and 7, 2005.

2. Soon after service of the complaint, Leslie Detwiler, the attorney for WW Lodging, Inc. and WW Lodging Limited, LLC, contacted plaintiff's counsel and stated that her clients were no longer involved with the ownership or operation of the motel and had not been since March 8, 2004 (prior to plaintiff's incident), regardless of certain public records which still listed the WW Lodging entities as operators.  Plaintiff informed Ms. Detwiler that if RTRN Investment, LLC could confirm in writing that it had been the sole owner and operator of the hotel at issue since March 8, 2004, plaintiff would dismiss her clients.

3. On July 26, 2005, plaintiff was contacted for the first time by counsel representing RTRN Investment, LLC ("RTRN"), Steven H. Bovarnick.  Mr. Bovarnick had just received the complaint from his client.  He orally confirmed that RTRN was the sole owner and operator of the property since March 8, 2004, and agreed to confirm this information in writing, which he has done.  Now that this written confirmation has been received, plaintiff will dismiss the WW Lodging entities from the action.  Since Mr. Bovarnick has just received the complaint from his client, plaintiff is willing to agree to give RTRN an extension of time to respond the complaint, but due to the advanced CMC dates is unable to do so beyond July 29, 2005.

4. Plaintiff's counsel Paul Rein has a conflict with the August 5, 2005 CMC date as he has a previously-scheduled settlement conference in front of Magistrate Judge Maria-Elena James in another matter on that date.

5. Defense counsel Steven H. Bovarnick has a conflict with the August 5, 2005 CMC date as he has a previously-scheduled out-of-state trip from August 5-16, and another from August 18-27.  Due to Mr. Bovarnick's travel schedule, Mr. Bovarnick, who is a sole practitioner, will not be able to appear at the scheduled CMC, and it would be difficult for the parties to conduct a meaningful "meet and confer" until Mr. Bovarnick's return to the office.

6. No party has previously requested a continuance of the CMC, and no

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order to Continue Case Management Conference: Case No. C05-2591 JCS**

— 2 —

s:\jm\cases\t\travelodge\pleadings\stip to continue cmc.doc

1  party would be prejudiced by a continuance of the CMC.

2      Therefore, the parties now hereby request that the case management conference
3  be continued to September 9, 2005 at 1:30 p.m., with the joint case management statement due
4  by September 2, 2005.

7  Dated: July 26, 2005          PAUL L. REIN
   PATRICIA BARBOSA
8     JULIE MCLEAN
   LAW OFFICES OF PAUL L. REIN

10    /s/ Julie McLean
   Attorneys for Plaintiff
11    CHRISTINA ADAMS

13 Dated: July 26, 2005          HUNTER & BOVARNICK

15    /s/ Steven H. Bovarnick
   STEVEN H. BOVARNICK
   Attorney for Defendant
16    RTRN INVESTMENT, LLC

## **ORDER**

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

21     The Case Management Conference scheduled for August 5, 2005, is continued
22 to September 9, 2005, at 1:30 p.m., with a joint case management statement due September 2,
23 2005.

25 DATED: 7/27/5

27    /s/ Joseph C. Spero
   HONORABLE JOSEPH C. SPERO
28    U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order to Continue Case Management Conference: Case No. C05-2591 JCS**

— 3 —

s:\jm\cases\t\travelodge\pleadings\stip to continue cmc.doc