```
 1  STEVEN H. BOVARNICK, ESQ. (99361)
    **HUNTER AND BOVARNICK**
 2  345 Grove Street
    San Francisco, CA  94102
 3  Telephone: (415) 621-8700
    Facsimile: (415) 621-0581
 4  Email: sbovarnick@earthlink.net

 5  Attorneys for RTRN INVESTMENT, LLC
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINA ADAMS, | ) | CASE NO. C05-2591 JCS |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |
| -v.- | ) | |
| SAN FRANCISCO CENTRAL TRAVELODGE, et al., | ) ) ) | |
| Defendants. | ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. Pr. 41(a)(1). Outside of the terms of the Further Settlement Agreement by the parties dated as of March 24, 2006 in furtherance of the Consent Decree and Order entered herein, each party is to bear his, her or its or own attorney fees, litigation expenses, and costs. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Consent Decree. See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district court to retain

STIPULATION FOR DISMISSAL AND ORDER
CASE NO. C05-2591 JCS                    1

jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through the respective counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pr. 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute an original document and filed electronically as called for by the order of this court.

DATED: MARCH 31, 2006
PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

BY: /s/ Paul L. Rein
PAUL L. REIN
Attorneys for CHRISTINA ADAMS

DATED: MARCH 31, 2006
HUNTER AND BOVARNICK

BY: /s/ Steven H. Bovarnick
STEVEN H. BOVARNICK
Attorneys for RTRN INVESTMENT, LLC

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed. R. Civ. Pr. 41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the Consent Decree and Order filed by this Court on November 16, 2005.

DATED: April 4, 2006

HON. [Joseph C. Spero]
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION FOR DISMISSAL AND ORDER
CASE NO. C05-2591 JCS                    2